UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-CR-20172-Williams

UNITED STATES OF AMERICA,

vs.

Michael Kane,

### WAIVER

I, Michael Kane, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to a Speedy Trial.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on May 8, 2023, my right to a Speedy Trial for the period from today until June 9, 2023

DATED: May 8, 2023

Defendant _____

Counsel for Defendant _____

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his rights, has refused and waived his/her right to a calculation of time under the Speedy Trial clock from today until June 9, 2023. I find that this exclusion of time is in the interests of justice.

Signed at Miami, Florida on _____

JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE